IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PATRICK ROBERTSON                                                                                              PETITIONER
ADC #94110

v.                                        NO. 5:07CV00085 JLH-BD

LARRY NORRIS, Director,
Arkansas Department of Correction                                                                      RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, including the evidence and argument filed in response to the Court's Order of September 14, 2007, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety. The petition is barred by the one-year period of limitation stated in 28 U.S.C. § 2244(d). The petitioner has not met his burden of showing that any exception to the one-year period of limitation applies.

Accordingly, petitioner's writ of habeas corpus (Document #2) is denied and dismissed with prejudice, and petitioner's motion for evidentiary hearing (Document #18) is denied as moot.

IT IS SO ORDERED, this 16th day of November, 2007.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE